```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 26735
   ARTHUR A CARR
                                          CHAPTER 13

                                          JUDGE: A. BENJAMIN GOLDGAR

      Debtor
   SSN XXX-XX-9245


------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 10/06/08 .

   2.  The case was dismissed without confirmation, 12/19/2008.

------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID           PAID
------------------------------------------------------------------------
EVERHOME MORTGAGE CO     CURRENT MORTG       .00           .00            .00
INTERNAL REVENUE SERVICE PRIORITY            .00           .00            .00
       Summary of disbursements:
------------------------------------------------------------------------
                      SECURED    PRIORITY   UNSECURED    OTHER          TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED       .00        .00        .00        .00            .00
PRINCIPAL PAID           .00        .00        .00        .00            .00
INTEREST PAID            .00        .00        .00        .00            .00
TOTAL PAID               .00        .00        .00        .00            .00
The Debtor's attorney, PRO SE DEBTOR                 , was allowed $     .00
and was paid $       .00 .

The Trustee received $        .00 .

Refunds to the Debtor totaled $        .00 .




   Dated: 03/13/09              /S/
                              GLENN STEARNS
                              CHAPTER 13 TRUSTEE
```

```
                                        PAGE   2
        CASE NO. 08 B 26735 ARTHUR A CARR
```